## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:   MATINA L LEE | ) | Case No. 23 B 01792 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: CAROL A DOYLE |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for April 11, 2023 10:30 am, for the following:

Debtor has failed to complete section 2.3 of the plan as required by 11 U.S.C. §§ 1325(a)(1). Debtor to uncheck the first box, check the third box and add the trustee's preferred tax language.

Debtor has failed to complete the plan as required by 11 U.S.C. §§ 1325(a)(1). Debtor to amend plan for feasibility.

The plan fails to address the following secured claim(s) as required by 11 U.S.C. §§ 1325(a)(1) and/or 1325(a)(5): Credit Acceptance Corporation.

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: March 21, 2023                                              /s/ Thomas H. Hooper
                                                                   _____
                                                                   Thomas H. Hooper
                                                                   Chapter 13 Trustee
                                                                   55 E. Monroe St., Suite 3850
                                                                   Chicago, IL 60603
                                                                   (312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:   MATINA L LEE | ) | Case No. 23 B 01792 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: CAROL A DOYLE |

## CERTIFICATE OF SERVICE

I, Kelleye Robinson, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

DAVID FREYDIN                                                           (via CM/ECF)
*Attorney for Debtor*

Patrick Layng                                                             (via CM/ECF)
United States Trustee

MATINA L LEE                                                            (via U.S. Postal Service)
16522 PLAINVIEW DR
MARKHAM, IL 60428
*Debtor*

Dated: March 21, 2023                                                   /s/ Kelleye Robinson
                                                                        _____
                                                                        Kelleye Robinson
                                                                        Office of the Chapter 13 Trustee
                                                                        55 E. Monroe St., Suite 3850
                                                                        Chicago, IL 60603
                                                                        (312) 294-5900