Form G-3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Matina Lee | ) | Chapter  13 |
| | ) | |
| | ) | No.  23-01792 |
| | ) | |
| Debtor(s) | ) | Judge Timothy A. Barnes |

## NOTICE OF MOTION

TO:  See attached list

PLEASE TAKE NOTICE that on July 13, 2023, at 9:30 am, I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, **either** in courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of Debtor [to/for] Objection to Claim 6-1, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link:  https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

**Meeting ID and passcode.**  The meeting ID for this hearing is  161 329 5276 , and the passcode is  433658 .  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By:  David Freydin

Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, Illinois 60077
847.972.6157

## CERTIFICATE OF SERVICE

I, David Freydin, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on June 13, 2023, at 5:00 pm.

/s/ David Freydin
[Signature]

```
Label Matrix for local noticing        U.S. Bankruptcy Court                  ADVOCATE HEALTH CARE
0752-1                                  Eastern Division                       PO BOX 1123
Case 23-01792                           219 S Dearborn                         MINNEAPOLIS, MN 55440-1123
Northern District of Illinois           7th Floor
Eastern Division                        Chicago, IL 60604-1702
Tue Jun 13 15:47:03 CDT 2023

(p)CHICAGO DEPARTMENT OF LAW            Credit Acceptance                      Credit Collection Services
ATTN BANKRUPTCY UNIT                    Attn: Bankruptcy                       Attn: Bankruptcy
121 N LASALLE ST SUITE 400              25505 West 12 Mile Road Ste 3000       725 Canton St
CHICAGO IL 60602-1264                   Southfield, MI 48034-8331              Norwood, MA 02062-2609


Diversified Adjustment Services, Inc    Genesis FS Card Services               Harris & Harris, Ltd.
Attn: Bankrupcty                        Attn: Bankruptcy                       111 West Jackson Blvd, Suite 400
Po Box 32145                            Po Box 4477                            Chicago, IL 60604-4135
Fridley, MN 55432-0145                  Beaverton, OR 97076-4401


Huntington Bank                         (p)ILLINOIS DEPARTMENT OF REVENUE      Internal Revenue Service
Attn: Bankruptcy                        BANKRUPTCY UNIT                        PO Box 7346
41 S High St                            PO BOX 19035                           Philadelphia, PA 19101-7346
Columbus, OH 43215-3406                 SPRINGFIELD IL 62794-9035


James McKelvin                          (p)MOHELA                              Midland Credit Management, Inc.
1006 N Massasoit Ave                    CLAIMS DEPARTMENT                      PO Box 2037
Chicago, IL 60651-2656                  633 SPIRIT DRIVE                       Warren, MI 48090-2037
                                        CHESTERFIELD MO 63005-1243


Midland Funding/Midland Credit Mgmt     Navient                                Navient Solutions, LLC. on behalf of
Attn: Bankruptcy                        Attn: Bankruptcy                       ECMC
Po Box 939069                           Po Box 9500                            PO BOX 16408
San Diego, CA 92193-9069                Wilkes-Barre, PA 18773-9500            St Paul, MN  55116-0408


Nicor Gas                               (p)PEOPLES GAS LIGHT & COKE COMPANY    Prestige Financial Svc
PO Box 549                              200 EAST RANDOLPH ST                   Attn: Bankruptcy
Aurora, IL 60507-0549                   CHICAGO IL 60601-6433                  351 W Opportunity Way
                                                                               Draper, UT 84020-1401


Shindler & Joyce                        Spring Oaks Capital SPV, LLC           (p)SPRING OAKS CAPITAL  LLC
1990 E Algonquin Rd, Ste 180            P. O. Box 1216                         1400 CROSSWAYS BLVD STE 100B
Schaumburg, IL 60173-4164               Chesapeake, VA 23327-1216              CHESAPEAKE VA 23320-0207


Taylor Properties, Inc.                 The Huntington National Bank           Verizon
401 Greenbay Ave, Unit Rear             PO Box 89424                           by American InfoSource as agent
Calumet City, IL 60409-2509             Cleveland, OH 44101-6424               4515 N Santa Fe Ave
                                                                               Oklahoma City, OK 73118-7901


David Freydin                           Matina L. Lee                          Patrick S Layng
Law Offices of David Freydin Ltd        16522 Plainview Drive                  Office of the U.S. Trustee, Region 11
8707 Skokie Blvd                        Markham, IL 60428-5343                 219 S Dearborn St
Suite 312                                                                      Room 873
Skokie, IL 60077-2281                                                          Chicago, IL 60604-2027
```

Thomas H. Hooper
Office of the Chapter 13 Trustee
55 E. Monroe St.
Suite 3850
Chicago, IL 60603-5764

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| City of Chicago Department of Finance<br>Chicago Dept. of Law Bankruptcy<br>121 N. LaSalle St., Suite 400<br>Chicago, IL 60602 | (d)City of Chicago Dept. of Revenue<br>111 W Jackson Blvd, Suite 600<br>Chicago, IL 60604 | Illinois Department of Revenue<br>Bankruptcy Unit<br>PO Box 19035<br>Springfield, IL 62794-9035 |
| MOHELA<br>Attn: Bankruptcy<br>633 Spirit Drive<br>Chesterfield, MO 63005 | PEOPLES GAS LIGHT & COKE COMPANY<br>200 East Randolph Street<br>Chicago, IL 60601 | Spring Oaks Capital, Llc<br>Attn: Bankruptcy<br>P.O. Box 1216<br>Chesapeake, VA 23327 |

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 23 B 01792 |
| ) | |
| MATINA LEE, ) | Honorable Timothy A. Barnes |
| ) | |
| Debtor. ) | Chapter 13 |

## DEBTOR'S OBJECTION TO CLAIM 6-1

NOW COMES Matina Lee, Debtor, by and through her attorney, David Freydin, and hereby objects to Claim 6-1, and in support thereof, the Debtor states the following:

1. On February 12, 2023, the Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On March 6, 2023, Department of the Treasury – Internal Revenue Service, filed proof of claim 6-1, in the amount of $40,853.53.  See Exhibit A.

3. Of this claim, $17,366.91 of priority tax debt is claimed, with $7,443.80 being an estimated claim for 2022 tax liability.

4. The Debtor filed her 2022 Federal Tax Returns with an amount owed of $4,257.00, a difference of $3,186.80.

5. As a result, the Debtor respectfully requests that this Honorable Court sustains this objection and reduces the amount owed and the priority amount owed on Claim 6-1 by $3,186.80.

WHEREFORE, the Debtor, respectfully requests that this Honorable Court enter an order sustaining this objection and for any other relief this Court deems fair and just.

Respectfully submitted,

_/s/ David Freydin_
Attorney for the Debtor

The Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847.972.6157