UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 23-01792 |
| Matina L. Lee ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Timothy Barnes | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER AUTHORIZING DEBTOR TO TO INCUR DEBT AND SHORTENING NOTICE**

This cause coming to be heard on the Motion of the Debtor for entry of an Order authorizing Debtor to incur debt and shorten notice, this Court being fully advise in the premises and due notice having been given, it is HEREBY ORDERED:

1. Debtor is authorized to incur financing for a 2020 Chevrolet Equinox or similar vehicle, with a purchase price not to exceed $29,500.00, interest rate not to exceed 23%, and monthly payments not to exceed $760.00 per month.

2. Notice is reduced to notice given.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: July 20, 2023

**Prepared by:**

Law Offices of David Freydin
8707 Skokie Blvd., Suite 312
Skokie, IL 60077
630.516.9990